UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TYRONE HURT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:15-cv-01054-WTL-TAB |
| ) | |
| FERGUSON, MISSOURI, ) | |
| CLEVELAND, OHIO, ) | |
| BALTIMORE, MARYLAND, ) | |
| ALL LAW ENFORCEMENT OFFICIALS ) | |
| WITHIN THIS NATION et al, ) | |
| FORTY-SEVEN STATES TO THE UNITED ) | |
| STATES OF AMERICA et al., ) | |
| CHIEF OF POLICE, ) | |
| ) | |
| Defendants. ) | |

**ENTRY DISMISSING ACTION AND BANNING PLAINTIFF FROM FILING ANY
NEW CIVIL CASES WITHOUT PREPAYMENT OF THE FILING FEE**

"Every paper filed…no matter how repetitious or frivolous, requires some portion of the institution's limited resources. A part of the Court's responsibility is to see that these resources are allocated in a way that promotes the interests of justice." *Montgomery v. Davis*, 362 F.3d 956, 957 (7th Cir. 2004) (*quoting In re McDonald*, 489 U.S. 180, 184 (1989)).

This case is frivolous and deserves no further judicial time. This action was filed by Tyrone Hurt (a/k/a Tyrone Hunt) a citizen of the District of Columbia.[1] It is one of nine cases, and counting, that Mr. Hurt has filed within the past eight months in this District. Not a single case filed by Mr. Hurt in this time period has stated a viable federal claim because his papers are

---

[1] As previously mentioned in *Hunt v. Hinson,* 1:14-cv-1781-TWP-TAB (S.D. Ind. November 5, 2014), the PACER Case Locator reflects that Mr. Hurt is a frequent filer of frivolous litigation under both the surnames Hurt and Hunt. See *Hurt v. Paige,* No. 13-1412 (7th Cir. Apr. 5, 2013); *Hurt v. D.C. Government,* No. 13-1413 (7th Cir. Apr. 5, 2013).

generally illegible such that the Court cannot discern the claims the plaintiff seeks to assert or any factual allegations that serve as the basis for any claims. *See Hurt v. United States of America,* Cause No. 1:14-cv-01846-TWP-DKL (S.D. Ind. Dec. 9, 2014) (failed to file legible amended complaint after being given opportunity to do so), *Hurt v. United States House of Representatives,* Cause No. 1:14-cv-01847-JMS-DKL (illegible complaint filed), *Hurt v. United States of America,* Cause No. 1:14-cv-01866-LJM-TAB (illegible complaint filed). In addition, there is no connection between the Southern District of Indiana, the plaintiff, the defendants or the claims alleged. This case is no exception. This action is **dismissed for failure to state a claim upon which relief may be granted.**

The Court has informed Mr. Hurt that he is abusing the Court's limited resources and that if he fails to stop filing frivolous claims and claims that lack federal jurisdiction, he will be sanctioned. *See e.g., Hurt v. United States,* Cause No. 1:14-cv-01846-TWP-DKL (directing plaintiff to show cause why filing restriction should not be imposed); *Hurt v. United States,* Cause No. 1:14-cv-01866-LJM-TAB (same). Such warnings have fallen on deaf ears.

The plaintiff has been barred from proceeding *in forma pauperis* in the District Court for the District of Columbia and the United States Court of Appeals for the District of Columbia Circuit. *See Hurt v. Soc. Sec. Admin*., 544 F.3d 308, 311 (D.C. Cir. 2008) ("We revoke Hurt's IFP privilege, dismiss all his appeals pending before this Court and direct the Clerk of the Court to refuse to accept any more of Hurt's civil appeals that are not accompanied by the appropriate filing fees."); *Hurt v. Unit 32*, No. 12-1784 (D.D.C. Nov. 19, 2012). The Court of Appeals for the District of Columbia explained, "we think 'the number, content, frequency, and disposition' of his filings shows an especially abusive pattern, aimed at taking advantage of the IFP privilege." *Id.* at 310. "If Hurt wishes to continue wasting this Court's time by appealing dismissals of his absurd and

frivolous claims, he should have to do it on his own dime." *Id.* at 310-11. Mr. Hurt has been barred from filing new cases in many other district courts, including the District of Massachusetts, the Northern District of Georgia, and the Eastern and Northern Districts of California, but the Court need not catalog them all. See *Hurt v. D.C. Parole Board,* 13-11800-DJC (D. Mass. Nov. 20, 2013) (discussing filing restrictions).

The Court has before it hundreds of pending matters which properly invoke its jurisdiction and seek resolution of valid controversies. Mr. Hurt's abusive patterns must come to an end. Mr. Hurt's cases represent countless hours of judicial time that could be spent on cases which state viable claims.

In no case has Mr. Hurt paid the filing fee. For each case filed, he now owes the $400.00 filing fee. He has incurred thousands of dollars in appellate fees as well. Accordingly, the Court is compelled to no longer receive, file, docket, or review any new cases without the prepayment of the filing. This Entry directs the Clerk how to proceed.

Pursuant to this Court's inherent authority to prevent the abuse of the legal process, protect the limited resources of the judicial system, and promote the interests of justice, the Court now imposes a sanction against Tyrone Hurt for filing frivolous cases and motions. Specifically, **Mr. Hurt is prohibited from filing any new civil action in the Southern District of Indiana without the prepayment of the Four Hundred Dollar Filing Fee.** Any new complaint submitted without the appropriate filing fee shall be returned to Mr. Hunt **unfiled**. In other words, Mr. Hunt shall not be permitted to proceed *in forma pauperis.* He also continues to owe all past due filing fees.

This restriction is in effect for the United States District Court for the Southern District of Indiana. Mr. Hurt may seek modification or rescission of this Entry but not before two years have passed from the date of issuance.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date:  7/10/15

_William T Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

TYRONE HURT
422 Chesapeake Street, SE
Apt. 33
Washington, DC 20032